441 A.2d 1213

**COMMONWEALTH of Pennsylvania**

v.

**Samuel CAIN, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 22, 1982.

Decided March 10, 1982.

David Rudovsky, Philadelphia, (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Kenneth Gallant, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM.

The Judgment of Sentence is Affirmed.